UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

# CRIMINAL MINUTES

**Date:** November 8, 2019  **Time:** 1:50 – 2:07 P.M.  **Judge:** BETH LABSON FREEMAN

**Total Time:** 17 Minutes

**Case No.:** 5:16-cr-00518-BLF-1  **Case Name:** UNITED STATES v. Damari William Singleton

**Attorney for Plaintiff:** Marissa Harris
**Attorney for Defendant:** Michael Hinkley for Damari William Singleton - P/C

**Deputy Clerk:** Tiffany Salinas-Harwell  **Court Reporter:** Summer Fisher
**Interpreter:** N/A  **Probation Officer:** N/A

# PROCEEDINGS

**RESTITUTION HEARING**

**Restitution Hearing held.**

**Parties Stipulate to Restitution as Stated on the Record.**
**$50,100.00 to R.O.**
**$2,400.00 to L.G.**

**Affidavit to be filed.**

///

P/NP: Present, Not Present
C/NC: Custody, Not in Custody
I: Interpreter

Courtroom Deputy

Original E-Filed